# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| STACEY JAMES WONDRA | 1:22-cr-00098-AKB |

**RECEIVED**
By United States Marshals Service at 1:46 pm, Mar 20, 2024

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **STACEY JAMES WONDRA** and bring forthwith to the nearest magistrate judge to answer **PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF TERMS AND CONDITIONS OF PETITION ON SUPERVISED RELEASE



United States Courts
District of Idaho
**ISSUED**
*HaileyStevason*
on Mar 20, 2024 1:38 pm

| | |
|---|---|
| Hailey Stevason, Deputy Clerk | March 20, 2024 |
| Name and Title of Issuing Officer | Date |

---

### RETURN

This warrant was received  3/20/24  and executed with the arrest of the above-name individual at  Boise, ID  .

_____
*Alend Amedi* -Signing on behalf of Arresting Officer        3/21/2024
Signature of Arresting Officer        Date of Arrest

DUSM Scates
Name & Title of Arresting Officer