CRIMINAL PROCEEDINGS - **Supervised Release Revocation**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Amanda K. Brailsford                    Date: **March 26, 2025**
Case No. 1:22-cr-98-AKB                       Deputy Clerk: Kim Tudela
Place:  Boise – Courtroom 2                   Reporter: Tiffany Fisher
                                              Time: 9:05 – 9:33

### UNITED STATES OF AMERICA vs STACEY JAMES WONDRA

Counsel for United States: Chris Booker
Counsel for Defendant: Christopher Sherman
Probation Officer: Celina Mortensen

(☒) Defendant sworn for examination by the Court.
(☒) The Court reviewed alleged violations of Petition on Supervised Release on the record.
(☒) Defendant admitted to violation 4a set forth in the Petition.
(☒) Court finds the defendant competent to enter an admission.
(☒) The Court accepts defendant's admission and enters a judgment of guilty to Paragraph 4a as contained in the Petition on Supervised Release.
(☒) The Government orally moved to dismiss remaining violations of the Petition on Supervised release. **GRANTED.**
(☒) Counsel made sentencing recommendations to the Court.
(☒) Defendant made remarks on his own behalf.

| Grade Violation | Criminal History Category | Guideline Range |
|:---:|:---:|:---:|
| C | IV | 6-12 |

**SENTENCE:**
Term of supervised release is hereby REVOKED. Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Stacey James Wondra, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **12 months and 1 day. No further term of supervised released shall be imposed.**

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) It is recommended he continue to be confined at Ada County Jail.
(☒) Rights to appeal explained.
(☒) The Court recommended the defendant receive credit for time served in federal custody.
(☒) Defendant remanded to the Custody of the U.S. Marshal Service.