AO 245D (Rev. 10/20) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT

District of Idaho

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| STACEY JAMES WONDRA | ) | Case Number: 0976-1:22CR00098-001 |
| | ) | USM Number: 54938-048 |
| | ) | Christopher Sherman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of allegation(s)  4a  of the petition.

☐ was found in violation of condition(s) _____ after denial of guilt which was accepted by the court.

The defendant is adjudicated guilty of these offenses:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 4a | Curfew Violation | 11/24/2024 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  1-3, 4b-g, 5  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 26, 2025
Date of Imposition of Judgment

*Amanda K. Brailsford* (signature)
Signature of Judge

U.S. District Judge Amanda K. Brailsford
Name and Title of Judge

March 27, 2025
Date

AO 245D (Rev. 10/20) Judgment in a Criminal Case for Revocation
    Sheet 2-Imprisonment

Judgment—Page **2** of **3**

DEFENDANT: Stacey James Wondra
CASE NUMBER: 0976 -1:22CR00098-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months and 1 day

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant will be credited with all time served in federal custody.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

    _____
    UNITED STATES MARSHAL

    By: _____
    DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 10/20) Judgment in a Criminal Case for Revocation
Sheet 3-Supervised Release

Judgment—Page    Page **3** of **3**

DEFENDANT: Stacey James Wondra
CASE NUMBER: 0976-1:22CR00098-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:    No Supervision to Follow